# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Alexandria **Division**

In re  George Blom

Case No.   19-13452-KHK

Debtor(s)     Chapter   7

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to _____11/14/2019_____, for filing the following:

Lists, Schedules & Statements

WILLIAM C. REDDEN
Clerk of Court

By /s/ Jillinda Glenn
   Deputy Clerk

Date: 11/6/2019

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

11/6/2019

[oextflss ver 01/10]